Matthew R. Hartley 014464
HARTLEY LAW CENTER PLLC
11225 N. 28th Drive, Suite B103
Phoenix, AZ  85029
Phone:  602-296-7900
Email:  Matt@hartleylawpllc.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MICHAEL POLLOCK,<br><br>    and<br><br>CLAUDIA POLLOCK,<br><br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No.: **2:17-bk-13898-MCW**<br><br>**AMENDED AND RESTATED MOTION FOR ORDER DIRECTING BANKRUPTCY RULE 2004 PRODUCTION OF DOCUMENTS AND EXAMINATION OF DEBTORS** |

Creditor Matthew R. Hartley moves for entry of an order requiring Debtors to produce documents and attend an examination. This Motion is supported by the following Memorandum Of Points And Authorities.

DATED:  December 26, 2017         HARTLEY LAW CENTER, PLLC


*/s/ Matthew R. Hartley 014464*
Matthew R. Hartley, Esq.
11225 N. 28th Drive, Suite B103
Phoenix, AZ 85029

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Pursuant to Bankruptcy Rule 2004, upon motion of any party in interest, the Court may order any person to produce documents relating to the acts, conduct, property, liabilities, and financial condition of Debtors or to any matter which may affect the administration of the Estate.

2. Mr. Hartley requests an order requiring Debtors to produce documents for the purposes allowed under Bankruptcy Rule 2004.

3. Mr. Hartley further requests an order requiring Debtors to appear and give testimony.

4. Mr. Hartley is a creditor and has substantial claims against the Debtors and the Estate.

5. Mr. Hartley believes that his claims against the Debtors are nondischargeable because of the fraudulent actions of the Debtors as described in the pleadings filed by Mr. Hartley against the Debtors in CV2016-015563.

6. Mr. Hartley further believes the Chapter 13 filing by the Debtors may have been made in bad faith, but has no ability to complete such determination since the Petition, Statements, Schedules and disclosure of income are both incomplete and contradict each other regarding the sources and amounts of income of the Debtors.

WHEREFORE, Matthew R. Hartley asks that the Court enter an order requiring Debtors to produce the documents listed on the accompanying proposed order at Exhibit "A" at the offices of Hartley Law Center PLLC, 11225 North 28th Drive, Suite B-103, Phoenix, Arizona 85029, on a date and time agreeable to the parties or, if upon notice, after not less than 21 days' written notice, and, for Debtors to testify on a date and time agreeable to the parties or, if upon notice, after not less than 28 days' written notice and for successive days until completed.

| | | |
|---|---|---|
| DATED: December 26, 2017 | | HARTLEY LAW CENTER, PLLC |

*/s/ Matthew R. Hartley 014464*
Matthew R. Hartley, Esq.
11225 N. 28th Drive, Suite B103
Phoenix, AZ 85029

COPY of the foregoing mailed
this 26th day of December, 2017 to:

**OFFICE OF THE U.S. TRUSTEE**
230 N. 1ST AVENUE, SUITE 204
PHOENIX, AZ 85003

**RUSSELL BROWN**
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

**AMERICREDIT FINANCIAL SERVICES, INC. A/C DBA GM FINANCIAL**
P O BOX 183853
ARLINGTON, TX 76096

**Capital One Auto Finance, a division of Capital One, N.A.**
P.O. BOX 165028
IRVING, TX 75016

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

**NATHAN A FINCH**
Catalyst Legal Group Pllc
1820 E Ray Rd
Chandler, AZ 85225

By:   /s/*Nikki Meyer*
        Nikki Meyer, Paralegal